STATE OF OREGON, *Appellant,*
*v.*
JACK WELDON KELLY, *Respondent.*

(No. C-76-12-17221, CA 7854)

569 P2d 57

John W. Burgess, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before Schwab, Chief Judge, and Tanzer and Richardson, Judges.

PER CURIAM.

Affirmed. *Ball v. Gladden,* 250 Or 485, 443 P2d 621 (1968).